UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES H. CALLAHAN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-01181-JHH-HGD |
| | ) | |
| SAMUEL H. MONK, et al., | ) | |
| | ) | |
| Respondents | ) | |

**<u>DISMISSAL ORDER</u>**

On June 25, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. Petitioner obtained an extension of time, to August 6, 2007, to file objections to the report and recommendation. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED pursuant to 28 U.S.C. § 2244(b), or, in the alternative, DISMISSED for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this the ___4th___ day of September, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE